UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTO CASTANON-SANCHEZ,<br><br>    Defendant. | Case No. 3:22-cr-00041-ART-CSD<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE TO FILE APPENDIX TO DEFENDANT'S MOTION TO DISMISS** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for ROBERTO CASTANON-SANCHEZ, United States Attorney Jason M. Frierson, and Assistant United States Attorney ANDREW KEENAN, counsel for the United States of America, that the Defendant Roberto Castanon-Sanchez shall have to and including January 4, 2023, to file the Appendix to Defendant's Motion to Dismiss ("Appendix") requested by the Court on December 22, 2023. *See* ECF 33.

    This is the first stipulation to continue this deadline. Counsel is requesting one additional day to file the Appendix while remaining mindful of the upcoming hearing date of January 12-13, 2023. The continuance is requested in the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED 3rd day of January 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Brian Kenneth Nash | By: /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this 3rd day of January, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2